DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM DESILVIO,**
Appellant,

v.

**VICTORIA DESILVIO,**
Appellee.

No. 4D2025-2018

[May 20, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502025DR005277XXXASB.

William DeSilvio, Boca Raton, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed. See Hammond v. State*, 34 So. 3d 58, 59 (Fla. 4th DCA 2010) ("Claims for which an appellant has not presented any argument, or for which he provides only conclusory argument, are insufficiently presented for review and are waived.").

CIKLIN, GERBER and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***